In re application of REBECCA H. SHREVE et al. for sale of lands.

[Decided March 14th, 1917.]

On appeal from an order of the court of chancery reported *ante p. 7.*

*Mr. Ellis L. Pierson,* for the appellant.

*Mr. Scott Scammell,* for the respondent.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by the chancellor.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER—12.

*For reversal*—None.